THE PEOPLE OF THE STATE OF NEW YORK ex rel. METRO-POLITAN LIFE INSURANCE COMPANY, Appellant and Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, et al., Respondents and Appellants. (1937 Proceeding.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOTEL WOODSTOCK REALTY COMPANY, INC., Appellant and Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents and Appellants. (1938 Proceeding.)

Argued May 27, 1940; decided June 14, 1940.

*Francis D. Higson* and *Kenneth F. Clark* for relators, appellants and respondents.

*William C. Chanler, Corporation Counsel* (*Hyman W. Kehl* and *Arthur A. Segall* of counsel), for defendants, respondents and appellants.

Orders affirmed, without costs; no opinion.

°Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.